**DISMISS; and Opinion Filed March 17, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00336-CV

### IN RE JAY SANDON COOPER, Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00043-2014**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Lewis
Opinion by Justice Francis

Before the Court is relator's petition for writ of mandamus naming the district clerk as respondent. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have mandamus jurisdiction over the district clerk. *See* TEX. GOVT CODE ANN. 22.221 (West 2010); *In re Chumbley*, No. 05-13-00881-CV, 2013 WL 3718070, at *1 (Tex. App.—Dallas July 12, 2013, orig. proceeding) (mem. op). Accordingly, we **DISMISS** relator's petition for writ of mandamus for want of jurisdiction.

/Molly Francis/
MOLLY FRANCIS
JUSTICE

140336F.P05